UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
FILED
OCT 29 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

OCT 29 2019

| UNITED STATES OF AMERICA, | No. 3:14-10-GFVT |
|---|---|
| PLAINTIFF, | COMPASSIONATE RELEASE |
| V | 18 USC 3582 (c)(1)(A) |
| JOHN G. WESTINE, | TERMINALLY ILL |
| DEFENDANT | EXPEDITED |

## MOTION TO VERIFY FACTS IN SUPPORT

NOW COMES DEFENDANT WESTINE REQUESTING THE COURT TO VERIFY THE FOLLOWING:

1.) ON OCTOBER 31, 2014 WESTINE'S PERIOD OF "PROBATION/SUPERVISED RELEASE" EXPIRED COMPLETED TO ALLOW COMPASSIONATE RELEASE.

2) WESTINE IS DENIED "A STEM CELL TRANSFUSION" BY THE B.O.P. AND DUKE UNIVERSITY HOSPITAL AS THIS IS THE ONLY KNOWN CURE LEFT FOR APLASTIC ANEMIA, ONLY BECAUSE OF WESTINE'S AGE. THIS VIOLATES "THE RIGHT TO TRY ACT" & THE VETERAN'S RIGHTS TO SEEK OTHER DOCTORS. THIS IS AGE DISCRIMINATION?

NOW WESTINE'S SENTENCE IS DEATH! WITHOUT DUE PROCESS.

WHEREFORE: WILL THIS COURT EXPEDITE
TO VERIFY FACTS... SEE: EXHIBIT ONE
                                IN ORIGINAL MOTION
                                UNDER §.3582(C)(1)(A)

Prison Mail                RESPECTFULLY SUBMITTED:
Box Rule                   _/s/ J.G. West_
10/22/2019                 JOHN G. WEST
                           93555-012
                           Box 1600
                           F.M.C. BUTNER
                           BUTNER, NC  27509

        CERTIFICATE OF MAILING
TO BE COMPLETED BY THE CLERK ELECTRONICALLY