UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT

Eastern District of Kentucky
FILED
NOV 25 2019
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | CASE No 3:14-CR-10-GFVT |
| PLAINTIFF | "EXPEDITED" |
| v. | 18 USC § 3582(C)(1)(A) |
| JOHN G. WESTINE, | COMPASSIONATE RELEASE |
| DEFENDANT | TERMINALLY ILL |
| | 3 MONTHS TO LIVE |

## "AFFADAVIT IN SUPPORT"

Now Comes Pro-se Westine with this Affadavit in Support based on Facts as Follows:

1.) On May 10, 2019 the Warden denied my Request for Compassionate Release P.S. 5050.50 Because of a Supervised Release Detainer Case No. 1-91-127-R Southern District of Ohio. (P.S. 5050.47) That was Complete/Expired on 10/31/2014.

2.) Westine is Terminally Ill with "Aplastic Anemia" with a Life Expectancy of (3) Three Months or Less to Live. Expedited as Terminally Ill Signed by E.A. Earwin, Acting FMC.

3.) Westine writes over 30 days on Response from the Warden, then Westine sent a BP10 to the Region — No Response for over (4) Four Months.

1 of 2

NO REMEDY AVAILABLE
FIRST STEP ACT

4.) Now Westine sent a completed 18 USC § 3582(c)(1)(A) to this Sentencing Court on or about September 22, 2019. Well before Docket #604 that was just denied.

5.) Westine's "Aplastic Anemia" is a terminal illness with a very short life expectancy

6.) No other treatment is available in the B.O.P.

Will this Court inquire to the facts in this affadavit & grant Compassionate Release?

11/20/2019

Respectfully Submitted,

John C. Westine
93555-012
Box 1600
FMC Butner, NC 27509

Certificate of Service to be completed by the Clerk electronically

TO THE CLERK                                    11/20/2019

                                                EXPEDITED
                                                AS TERMINALLY
                                                ILL 18 USC §3582(c)(1)(A)
        WILL YOU PLEASE NOTIFY
        THE JUDGE VAN TATENHOVE
        OF THIS EXPEDITED REQUEST
        AS TERMINALLY ILL WITH
        A LIFE EXPECTANCY OF
        3 MONTHS OR LESS TO LIVE?

                                                THANK YOU
                                                [signature]