United States District Court
Eastern District of Kentucky
Frankfort

Eastern District of Kentucky
FILED
DEC - 5 2019
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

United States of America,
    Plaintiff,

v.

John G. Westine,
    Defendant

No. 3:14-CR-10-GFVT
18 USC § 3582(c)(1)(A)(i)
"Judicial Notice"
of Terminal Illness
"Exhibit One" incorporated in Motion

Motion in Support of Westine's Terminal Illness for 18 USC § 3582(c)(1)(A)(i) Documented by B.O.P. Medical

---

FCC BUTNER (BUX)
FMC BUTNER (BUH)

*Reduction in Sentence / Compassionate Release*
*Comprehensive Medical Summary*
*Page 1 of 2*

| Name: | Westine, John G Jr | Date of Birth: | 08/25/1946 | Care Level: | 4 |
|---|---|---|---|---|---|
| Register Number: | 93555-012 | Age: | 73 | MH Care Level: | 1 |

| RIS criteria requested under consideration: | Terminal Medical Condition |
|---|---|

**MEDICAL CONDITION**

| PRIMARY DIAGNOSIS | Aplastic anemia/myelodysplastic syndrome |
|---|---|

*Provide diagnostic basis (test results, consultations, and referral reports/opinions):*

1/23/18 bone marrow biopsy - most consistent with aplastic anemia at Indiana University
8/12/19 bone marrow biopsy - most consistent with myelodysplastic syndrome at Duke University
Evaluated by hematology/oncology at Indiana University, University of Kentucky and Duke University medical centers and felt not a candidate for allogeneic hematopoietic cell transplantation

| CO-MORBID DIAGNOSES | Recurrent right retinal detachment status post victrectomy, scleral buckle and silicon oil placement<br>Hypertension-refuses medication; dyslipidemia-refuses medication; GERD |
|---|---|

*Provide diagnostic basis (test results, consultations, and referral reports/opinions):*

| SIGNIFICANT MEDICAL CONDITION(S) *(permanent, progressive, and ordinarily related to diseases associated with aging)* that substantially diminish the ability to function in a correctional facility: |
|---|
| ☐ Not applicable |
| ☐ Atherosclerotic cardiovascular disease |
| ☐ Obstructive and restrictive lung diseases |
| ☐ Dementias such as Alzheimer, Lewy body dementia (LBD), and frontotemporal dementia |
| ☐ Complications of infectious diseases such as HIV dementia or progressive multifocal leukencephalopathy |
| ☐ Degenerative neurological diseases (ALS, Parkinson, and Huntington disease, and certain forms of multiple sclerosis) |
| ☐ Severe chronic pain that persists despite optimal medical management |
| ☐ Chronic liver failure with recurring ascites or encephalopathy (with no possibility of transplantation) |
| ☐ Chronic renal failure stage 4 or 5 (with no possibility of transplantation) |
| ☐ Rheumatologic conditions that have progressed to deformity, (rheumatoid arthritis, gout, and ankylosing spondylitis) |
| ☐ Diabetes mellitus (Type 1 or 2), with established retinopathy, nephropathy, or peripheral neuropathy |
| ☐ Severe musculoskeletal degeneration, such as end-stage osteoarthritis. |
| ☒ Other: Transfusion dependent |

*For indicated condition(s), please provide relevant diagnostic background/basis of diagnosis (test results, consultations, and referral reports/opinions):*

Mr Westine is currently receiving irradiated platelet transfusions weekly for thrombocytopenia < 10 K/uL and requires premedication with famotidine and diphenhydramine to prevent reaction. He has required transfusions up to 2 units of packed red blood cells and 2 units of platelets 3 times/week for Hemoglobin < 7 g/dl and platelets < 10 K/uL in the recent past associated with GI bleeding.

---

Westine, John G Jr
93555-012

*Comprehensive Medical Summary*
Page 2 of 2

| ASSISTIVE DEVICES/EQUIPMENT | |
|---|---|
| ○ No Assistive Devices Issued<br>● Issued the following Assistive Devices: | Hospital bed, eye glasses, dentures and resistive exercise bands |

| INSTRUMENTAL ACTIVITIES OF DAILY LIVING (IADL) / PHYSICAL SELF-MAINTENANCE SCALE (PSMS): | |
|---|---|
| ☒ IADL Assessment dated 11/26/2019 | Total score: 9 |
| ☒ PSMS Assessment dated 11/26/2019 | Total score: 6 |

**LIFE EXPECTANCY / TERMINAL MEDICAL CONDITION:**

● The inmate HAS BEEN diagnosed with a terminal medical condition. Life expectancy is < 6 months.
○ The inmate HAS NOT BEEN diagnosed with a terminal medical condition. The United States Life Tables indicate that the life expectancy for someone with the inmate's demographics is [ ] years

If diagnosed with a terminal medical condition, how was life expectancy determined?
*(Cite Consultant/Specialist documentation or Medical Literature)*

Per oncology, based on expected progression of disease, current performance status and potential complications from transfusions/infection/treatment.

| MEDICAL SUMMARY NARRATIVE: *(If not noted above, address test results, consultations, and referral reports/opinions)* |
|---|
| Mr Westine, John G Jr, 93555-012 is a 73 year old male with hypertension (refuses medication), hyperlipidemia (refuses medication), right retinal detachment status post treatment, GERD and pancytopenia most consistent with myelodysplastic syndrome on latest bone marrow biopsy. In December 2017, at Terre Haute USP sent to outside hospital for weakness and dark stools, anemia was determined to be from gi bleed secondary to aplastic anemia by bone marrow biopsy done January 2018 at Indiana University. He was deemed not a candidate for allogeneic hematopoietic cell transplantation based on age and comorbidities, but offered immunosuppressive therapy which he refused both at Indiana University and after transfer to FMC Lexington at University of Kentucky. In June 2018 he agreed to start Promacta and appeared compliant with medication. He was transferred to FMC Butner 10/22/2018 and seen by oncology 10/25/2018. 10/26/2018 signed refusal form for immunosuppressive therapy. He was evaluated at Duke University, agreed to start cyclosporine there in November 2018, bone marrow repeated August 2019 and now most consistent with myelodysplastic syndrome. Duke also deemed him not a candidate for allogeneic hematopoietic cell transplantation based on age. Since, he has remained relatively stable, capable of performing all ADLs and requires platelet transfusions weekly. |

| REDUCTION IN SENTENCE MEDICAL CRITERIA ELIGBILITY DETERMINATION: |
|---|
| The attending physician has reviewed the inmate's health record and determined that: |
| ☐ the inmate's medical condition DOES NOT meet the medical criteria for: Terminal Medical Condition |
| ☒ the inmate HAS been diagnosed with a terminal, incurable disease and whose life expectancy is < 6 months. |
| ☐ the inmate HAS been diagnosed with one or more incurable, progressive illness(es) and/or has suffered a debilitating injury from which they will not recover. |
| ☐ the inmate IS suffering from chronic or serious medical condition(s) related to the aging process for which conventional treatment promises no substantial improvement to his/her mental or physical condition, and that the deteriorating physical or cognitive limitations substantially diminishes his/her ability to function in a correctional facility. |

| RIS CASE REVIEW COMPLETED BY: | SUMMARY REVIEWED AND SUBMITTED BY: |
|---|---|
| Prepared by: CHRISTOPHER OLIVER *Digitally signed by CHRISTOPHER OLIVER Date: 2019.11.26 15:20:31 -05'00'* | Attending Physician's Signature: *[signature]* |
| Printed Name: Oliver, Christopher PA-C | Printed Name: Emad Ward, MD |
| | DATE: 11/26/2019 |

*Will this Court Grant Relief 18 USC § 3582 (c)(1)(A)?*

*Respectfully,*
*John C. Westine*
*93555-012 FMC Butner*
*[address]*
*Butner NC 27509*

*P(so) Mail Box Rule*
*11/28/2019*

*Certificate of Mailing to be completed by the Clerk Electronically*