CLERK 2/28/17

Will you notify the judge of this motion as the original motion is in his chambers?

Thanks

[signature]